**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International Incorporated, | No. CV-10-00876-PHX-MEA |
| Plaintiff/Counterdefendant, | **ORDER** |
| v. | |
| Siddhi Hospitality LLC, Harshadrai M. Patel, | |
| Defendants/Counterclaimants. | |

Pending before the Court are Plaintiff's Motion for Entry of Default Judgment and United States Magistrate Judge Aspey's Report and Recommendation ("R&R"). Doc. 22, 25. The R&R recommends that the Court grant the Motion. Doc. 25 at 8. The Court will accept the R&R and grant the Motion for Entry of Default Judgment. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."). Accordingly,

**IT IS ORDERED:**

1. Magistrate Judge Aspey's R&R (Doc. 25) is accepted.

2. Plaintiff's Motion for Entry of Default Judgment (Doc. 22) is granted.

3. Judgment in favor of Plaintiff and against Defendants is awarded in the amount of $79,470.72. The Court further awards damages to Plaintiff in the amount of $8,553.03,

1 | plus interest thereon at the rate of 1.4% per month from and after September 1, 2010.

2 |     4.    Plaintiff's attorneys' fees and costs in the amount of $5,050.38 are granted.

3 |     5.    The Clerk of Court shall **terminate** this action.

4 | DATED this 13th day of January, 2011.

*/s/ H. Murray Snow*
G. Murray Snow
United States District Judge